PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA E. MONTANEZ, | ) | |
| | ) | CASE NO. 1:22-CV-00150 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 25] |

On September 30, 2024, the assigned magistrate judge issued a Report and Recommendation suggesting that the Court vacate and remand the Commissioner's decision for further proceedings.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Absent objections, a district court may adopt a magistrate judge's report without review. See *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

The Commissioner did not file any objections. See Def.'s Resp. to Magistrate Judge's R&R (ECF No. 26) ("Defendant, the Commissioner of Social Security, will not be filing objections to this Honorable Court's Report and Recommended Decision.")

Accordingly, the Court adopts the Report and Recommendation (ECF No. 25).

IT IS SO ORDERED.

January 19, 2025     /s/ Benita Y. Pearson
Date                Benita Y. Pearson
                    United States District Judge